## VOESTALPINE STAHL GMBH, Appellant

v.

## ARCELORMITTAL, Appellee

2016-1407

United States Court of Appeals, Federal Circuit.

October 11, 2016

MAXWELL JAMES PETERSEN, Lewis Brisbois Bisgaard & Smith, LLP, Chicago, IL, argued for appellant.

DAVID JAMES CUSHING, Sughrue Mion, PLLC, Washington, DC, argued for appellee. Also represented by RICHARD CLAY TURNER; MARK JAMES DEBOY, Edell Shapiro and Finnan, Gaithersburg, MD.

(Newman, Lourie, and Clevenger, Circuit Judges).

## JUDGMENT

Per Curiam

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**